**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**DIA'MON DALLAS,**

    **Plaintiff,**

v.                                  Case No.: 3:19-cv-00567-MMH-JBT

**FIRST COAST TECHNICAL COLLEGE;**
**CHRIS FORCE, Principal of First Coast**
**Technical College; DONNA GARY-DONOVAN**
**Assistant Principal of First Coast Technical**
**College, all in their official and individual**
**capacities,**

    **Defendants.**
_____/

**NOTICE OF ACCEPTANCE OF SERVICE**

The undersigned attorney, on behalf of Defendant, **CHRIS FORCE, Principal of First Coast Technical College**, accepts service of the Amended Complaint [Doc. 7] filed in this action, and agrees to respond to the Amended Complaint within the time prescribed by the Federal Rules of Civil Procedure.

Dated this 31st day of May, 2019.

Respectfully submitted,

/s/ Robert J. Sniffen
**ROBERT J. SNIFFEN**
Florida Bar Number: 0000795
rsniffen@sniffenlaw.com

**SNIFFEN & SPELLMAN, P.A.**
123 North Monroe Street
Tallahassee, Florida 32301
Telephone: (850) 205-1996
Facsimile: (850) 205-3004

*Counsel for the Defendants*

### CERTIFICATE OF SERVICE

The undersigned certifies that on this 31st day of May, 2019, a true and correct copy of the foregoing was electronically filed in the US District Court, Middle District of Florida, using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Robert J. Sniffen
**ROBERT J. SNIFFEN**