### AGREEMENT TO TERMINATE
### CHARTER SCHOOL RENEWAL CONTRACT

**The School Board of St. Johns County**, Florida, and **First Coast Technical Institute, Inc. dba First Coast Technical College** ("FCTC") agree as follows:

1.    <u>Termination of Charter</u>.  By mutual agreement of the parties, the Charter School Renewal Contract ("Charter") for FCTC shall terminate effective June 30, 2016.

2.    <u>Prospective Operation</u>.  The termination of the FCTC Charter shall not affect the rights or shift the liabilities of the parties accruing or arising out of the operation of FCTC prior to June 30, 2016.

3.    <u>Future Ownership and Operation</u>.  The provisions of Section 1.G of the Charter shall govern the disposition of FCTC's financial and operational records, property, assets, debts and the lease with the School Board on its St. Johns County lease following termination of the Charter on June 30, 2016.  The School Board affirms that it presently intends to operate the technical center as a District school after taking possession on July 1, 2016. However, the parties do not agree or intend for the School Board to assume responsibility for FCTC's lease on its Clay County facility, or for any other FCTC liability unless the School Board agrees in writing to assume the liability.

IN WITNESS WHEREOF, the undersigned have executed this instrument under seal on the date(s) written below.

Signed, sealed and delivered

**The School Board of**
**St. Johns County, Florida**

By: _Patrick Canan_
    Patrick Canan, Chair

Dated: June _15_, 2016

Witnesses:

_Vickie Moody_
Print Name: _Vicki Moody_

_Miriam Testasecca_
Print Name: _Miriam Testasecca_

**First Coast Technical Institute, Inc.**
**dba First Coast Technical College**

By: _Carol M. Alford_
    Carol M. Alford, Chair

Dated: June _14_, 2016

Witnesses:

_Michael Dogalis_
Print Name: _Michael Dogalis_

_Gina Fallica_
Print Name: _Gina Fallica_

Exhibit 1