

Exhibit 2