**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

DIA'MON DALLAS,

    Plaintiff,

vs.

Case No. 3:19-cv-567-J-34JBT

FIRST COAST TECHNICAL COLLEGE;
CHRIS FORCE, Principal of First Coast
Technical College; and DONNA GARY-
DONOVAN, Assistant Principal of First
Coast Technical College, all in their official
and individual capacities,

    Defendants.
_____/

## O R D E R

**THIS CAUSE** is before the Court on Defendant First Coast Technical College's Motion to Dismiss Amended Complaint and Integrated Memorandum of Law (Dkt. No. 15; First Coast Motion) and Defendants Chris Force's and Donna Gary-Donovan's Motion to Dismiss Amended Complaint and Integrated Memorandum of Law (Dkt. No. 16; Individual Defendants' Motion), both filed on July 22, 2019. Although given adequate time to do so, Plaintiff has not responded to the motions.[1] In light of the foregoing, it is

    **ORDERED:**

---

[1] The motions were served on July 22, 2019. See First Coast Motion at 20; Individual Defendants' Motion at 17. Pursuant to the Federal Rules of Civil Procedure and the Local Rules of the Middle District of Florida, responses were required to be served and filed on or before August 5, 2019. As of the date of this Order, responses have not been filed.

Plaintiff shall have up to and including **August 27, 2019**, to respond to the motions or the Court will treat them as being unopposed.

**DONE AND ORDERED** in Jacksonville, Florida this 13th day of August, 2019.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record