# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

DIA'MON DALLAS,                                    CASE NO.:  3:19-cr-00567-MMH-JBT

      Plaintiff,

vs.

FIRST COAST TECHNICAL COLLEGE;
CHRIS FORCE, Principal of First Coast Technical College;
DONNA GARY-DONOVAN, Assistant Principal
of First Coast Technical College, all in their official and
individual capacities,

      Defendants.
_____/

## NOTICE OF SETTLEMENT

      Plaintiff, Dia'mon Dallas, and Defendants, First Coast Technical College, Chris Force, and Donna Gary-Donovan hereby notify the Court pursuant to Local Rule 3.08 that the Parties have settled the claims asserted in the Amended Complaint.  The Parties are in the process of preparing a formal settlement agreement.

      Upon receipt by Plaintiff of the settlement proceeds, the Parties will file a stipulation and agreement to entry of an Order of Dismissal with Prejudice as to Plaintiff's Amended Complaint.

      DATED THIS 26th day of August 2019.

| | |
|---|---|
| LAW OFFICE OF CORD BYRD, P.A. | SNIFFEN & SPELLMAN, P.A. |
| 1807 Third Street North | 123 North Monroe St. |
| Jacksonville Beach, FL 32250 | Tallahassee, FL 32301 |
| (904) 246-2404 Phone | (850) 205-1996 Phone |
| cord@cordbyrdlaw.com | rsniffen@snifenlaw.com |
| esther@cordbyrdlaw.com | |
| | |
| *s/ Cord Byrd* | *s/ Robert Sniffen* |
| Cord Byrd | Robert Sniffen |
| Florida Bar No.: 134406 | Florida Bar No.: 0000795 |
| Counsel for Plaintiff | Counsel for the Defendants |

**CERTIFICATE OF SERVICE**

      The undersigned certifies that on this 26th day of August 2019, a true and correct copy of the foregoing was electronically filed in the US District Court, Middle District of Florida, using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                          *s/ Cord Byrd*  
                                          CORD BYRD